936

substantial federal question.

No. 85–422. COLONIAL PIPELINE CO. v. ALABAMA. Appeal from Ct. Civ. App. Ala. dismissed for want of substantial federal question.

No. 85–5387. NELSON v. PLEASANT GROVE CITY CORP. Appeal from Sup. Ct. Utah dismissed for want of substantial federal question.

No. 85–367. HUSKEY v. TENNESSEE. Appeal from Sup. Ct. Tenn. dismissed for want of jurisdiction.

No. 85–380. CAMDEN FIRE INSURANCE ASSN. v. JUSTICE. Appeal from Sup. Ct. App. W. Va. Motion of appellee for award of costs and damages for delay denied. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–415. PERRUZZA v. COUNTY OF LOS ANGELES ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–534. WILMSHURST ET AL. v. NEW MOTOR VEHICLE BOARD ET AL. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.